UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHANNA LOIZIDES,

                      Plaintiff,

      -against-

WHOLE FOODS MARKET GROUP, INC. and
190-220 THIRD STREET STORE BROOKLYN
NY, LLC,

                      Defendants.
-----------------------------------------------------------------X

**Civil Action**

**Case No.:**

**NOTICE OF REMOVAL**

Defendants, WHOLE FOODS MARKET GROUP, INC. and 190-220 THIRD STREET STORE BROOKLYN NY, LLC, by their attorneys, FISHMAN McINTYRE LEVINE SAMANSKY P.C., respectfully petition the United States District Court, Eastern District of New York, upon information and belief, as follows:

1. This case was originally commenced on or about April 6, 2022 in the Supreme Court of the State of New York, County of Kings. The suit is identified in the Supreme Court as *"Johanna Loizides v. Whole Foods Market Group, Inc. and 190-220 Third Street Store Brooklyn NY, LLC"*, Index No. 510040/2022. A true copy of plaintiff's Summons and Verified Complaint is cumulatively annexed hereto as **Exhibit A**.

2. Defendant, Whole Foods Market Group, Inc., first received notice of the suit when service was effectuated upon the office of the Secretary of State of the State of New York, on or about April 14, 2022. (See **Exhibit B** hereto).

3. Defendant, 190-220 Third Street Store Brooklyn NY, LLC, first received notice of the suit when service was effectuated upon the office of the Secretary of State of the State of New York, on or about May 6, 2022. (See **Exhibit C** hereto).

1

4. The grounds for removal are based on the original jurisdiction of this Court under 28 U.S.C. § 1332, which allows this Court to hear matters based on diversity of citizenship of the parties.

5. In plaintiff's Complaint, plaintiff does not specify a monetary amount of damages claimed. Rather, plaintiff claims damages of a non-monetary amount as a result of alleged personal "injuries" sustained in connection with the alleged occurrence. See **Exhibit A**, para. 32.

6. However, on or about September 22, 2022, by way of response to defendants' demand for a Verified Bill of Particulars, plaintiff has set forth itemized damages and losses in an amount of $215,000.00. A true copy of plaintiff's Verified Bill of Particulars, dated September 22, 2022, is annexed hereto as **Exhibit D**. See para. 26-28.

7. Therefore, this Notice of Removal is being filed within 30 days of plaintiff's Verified Bill of Particulars setting forth a written monetary amount of damages and losses claimed in connection to the within action.

8. Based upon the foregoing, there can be no doubt that the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

9. Plaintiff is a resident of the State of New York, County of Kings (See **Exhibit A** hereto, Summons at page 1).

10. On or about May 5, 2022, defendants served on plaintiff's counsel a Request to Admit, namely that as of the date the cause of action arose (i.e., the date of plaintiff's alleged accident), plaintiff was a citizen of the State of New York. (See Request to Admit annexed hereto as **Exhibit E**). Plaintiff did not respond to defendants' Request to Admit within the 30-day time permitted by C.P.L.R. § 3123(a). Thus, defendants' demands concerning plaintiff being a citizen of the State of New York at the time the cause of action arose are deemed "admitted". See C.P.L.R. §

3123(a).

11. Defendant, Whole Foods Market Group, Inc., is a foreign corporation, incorporated in the State of Delaware and having its principal place of business in Austin, Texas (see **Exhibit F**).

12. Defendant, 190-220 Third Street Store Brooklyn NY, LLC, is a foreign limited liability company, incorporated in the State of Delaware (see **Exhibit G**). Moreover, defendant 190-220 Third Street Store Brooklyn NY, LLC, has its principal office in Austin, Texas (see **Exhibit H**). Further, 190-220 Third Street Store Brooklyn NY, LLC is the sole member of GBD Properties, Inc., a Delaware corporation with its principal place of business in Austin, Texas. Id.

13. As touched on above, plaintiff is a citizen of the State of New York. Indeed, per plaintiff's Summons and Complaint, plaintiff acknowledges being a resident of the State of New York. Defendant, Whole Foods Market Group, Inc., is a foreign corporation, incorporated in a state other than New York, and having its principal place of business in a state other than New York. Defendant, 190-220 Third Street Store Brooklyn NY, LLC, is a foreign limited liability company, incorporated in a state other than New York, and having its principal office in a state other than New York. As such, this action is between plaintiff, a citizen of one state, and defendants, corporate citizens of two other states.

14. Based upon the foregoing, diversity of citizenship exists.

15. Written notice of the filing of this Notice of Removal has been given to all parties in accordance with 28 U.S.C. §1446 (d), as evidenced in the annexed Certificate of Service.

**WHEREFORE** Petitioners, WHOLE FOODS MARKET GROUP, INC. and 190-220 THIRD STREET STORE BROOKLYN NY, LLC, defendants in the action described herein now

pending the Supreme Court of the State of New York, County of Kings, under Index No. 510040/2022, prays that this action be removed therefrom to this Honorable Court.

Dated: New York, New York
       October 20, 2022

                                          Yours etc.,

                                          _____
                                          MITCHELL B. LEVINE
                                          FISHMAN McINTYRE LEVINE SAMANSKY P.C.
                                          Attorneys for Defendants
                                          WHOLE FOODS MARKET GROUP, INC. and
                                          190-220 THIRD STREET STORE BROOKLYN NY, LLC
                                          521 Fifth Avenue, 17th Floor
                                          New York, New York 10175
                                          (212) 461-7190
                                          File No.: WH-106

TO:    GEORGAKLIS & MALLAS, PLLC
           Attorneys for Plaintiff
           9118 Fifth Avenue
           Brooklyn, New York 11209
           (718) 238-2400